UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT 25 AM 9:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MIGDALIA RODRIGUEZ LOPEZ, et al.
    Plaintiffs

vs.

GENERAL MOTORS, et al.
    Defendant

CIVIL NO. 98-2313 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 13, 1999<br>**Docket:** # 13<br>[ ] Plffs     [X] Defts<br>**Title:** Request for Order Compelling Plaintiffs to Comply With Rule 26(a)(2)(B) Disclosure Requirements. | Defendant has informed the Court that Plaintiff will not be retaining the services of expert witness Dr. Sandy M. González and instead would be using Dr. Andrés Rodíguez Ramón. Plaintiff, however, has not provided Defendants with an expert report from Dr. Rodríguez. Therefore, as GMC correctly indicates, Defendant has "an expert report from an expert [who] will not be used, and the curriculum vitae of an expert with no report." Plaintiff has failed to comply with the ISC Order requiring him to submit the expert witness report of Dr. González in full compliance with Rule 26 and the ISC Call on or before July 27, 1999 by filing an incomplete report. Secondly, Plaintiff has not sought the leave of the Court to change the explicit order regarding Dr. González's report. Further, Plaintiff produced an incomplete report from Miguel Torres, expert on liability. In view of the above, the testimonies of Dr. González, Dr. Rodríguez Ramón or Mr. Miguel Torres will be stricken and will not be allowed during trial. |

Date: 10/20/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:      # 14