# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV -3  AM 10: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

MIGDALIA RODRIGUEZ LOPEZ, et al.
    Plaintiffs

vs.                                                    CIVIL NO. 98-2313 (JP)

GENERAL MOTORS, et al.

    Defendant

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** October 27, 1999<br>**Docket:** #15<br>[X] **Plffs**    [] **Defts**<br>**Title:** Motion for Reconsideration | **DENIED.** The ISC Order is clear as to the sanctions will result from the failure to provide timely expert reports. |

**Date:** 11/1/99

**JAIME PIERAS, JR.**
**U.S. Senior District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # 16 |

2