UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 15 AM 7:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MIGDALIA RODRIGUEZ LOPEZ, et al.
      Plaintiffs

vs.                                                             CIVIL NO. 98-2313 (JP)

GENERAL MOTORS, et al.

      Defendant

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 10, 1999<br>**Docket:** #18<br>[X] **Plffs**          [] **Defts**<br>**Title:** Motion in Compliance With Order | **GRANTED.** Plaintiffs have submitted all expert reports to Defendants. If they have not produced expert reports, Defendants shall do so on or before **December 1, 1999**. The depositions of Plaintiff's experts shall be taken on **December 13, 1999** and **December 14, 1999**. The depositions of Defendants' experts shall be taken on **December 15, 1999** and **December 16, 1999**. |

Date: 11/12/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:           EOD:

By:              #20