UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 15 PM 4:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

MIGDALIA RODRIGUEZ LOPEZ, et al.
  Plaintiffs

vs.                                                    CIVIL NO. 98-2313 (JP)

GENERAL MOTORS, et al.

  Defendant

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 5, 1999<br>**Docket:** # 17<br>[X] **Plffs**         [] **Defts**<br>**Title:** Motion for Abatement of Sanctions | Plaintiffs have submitted all expert reports to Defendants. If they have not produced expert reports, Defendants shall do the same on or before **December 1, 1999**. The depositions of Plaintiff's experts shall be taken on **December 13, 1999** and **December 14, 1999**. The depositions of Defendants' experts shall be taken on **December 15, 1999** and **December 16, 1999**. |

Date: 11/12/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:         EOD:

By:            # 21