UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 18 AM 8 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

MIGDALIA RODRIGUEZ LOPEZ, et al.
　　　Plaintiffs

vs.　　　　　　　　　　　　　　　　　　　　CIVIL NO. 98-2313 (JP)

GENERAL MOTORS, et al.

　　　Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 12, 1999<br>**Docket:** # 19<br>[ ] **Plffs**　　　　　　[X] **Defts**<br>**Title:** GMC's Motion in Response to "Motion in Compliance." | **NOTED.** Plaintiffs have submitted all expert reports to Defendants. If they have not produced expert reports, Defendants shall do the same on or before **December 1, 1999**. The depositions of Plaintiff's experts shall be taken on **December 13, 1999** and **December 14, 1999**. The depositions of Defendants' experts shall be taken on **December 15, 1999** and **December 16, 1999**. |

Date: 11/12/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:　　　　　　EOD:

By:　　　　　　　　# 22