UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGDALIA RODRIGUEZ LOPEZ, et al.
    Plaintiffs

vs.　　　　　　　　　　　　　　　　　　　CIVIL NO. 98-2313 (JP)

GENERAL MOTORS, et al.

    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: November 18, 1999<br>Docket: # __<br>[X] Plffs　　　　[] Defts<br>Title: Motion to Inform | NOTED. Dr. Andrés Rodríguez Ramón will be deposed on December 13, 1999 at 9:00 a.m. at the office of Defendants' attorneys. Dr. Miguel Torres will be deposed on December 14, 1999 at 9:00 a.m. at the office of Defendants' attorneys. All depositions are taken day to day until finished. |

Date: 11/23/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:　　　　EOD:

By: [signature]　　#23

2