UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



MIGDALIA RODRIGUEZ LOPEZ, et al.
    Plaintiffs

vs.                                                                             CIVIL NO. 98-2313 (JP)

GENERAL MOTORS, et al.

    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** December 10, 1999<br>**Docket:** # 26<br>[ ] **Plffs**    [X] **Defts**<br>**Title:** Request for Additional Date for Expert Deposition | **GRANTED.** Jack Yee shall be deposed on January 7, 2000 at 9:30 at the office of Plaintiff's attorney. The Court reminds the parties that all depositions are to be taken day-to-day until finished. |

Date: 12/14/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    # 27

2