IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGDALIA RODRIGUEZ LOPEZ, et al.  *
              *
  Plaintiffs        *
              *
vs.             *  CIVIL NO. 98-2313 (JP)
              *
GENERAL MOTORS CORPORATION, et al. *
              *
  Defendants       *
_____*

**FINAL JUDGMENT**

Pursuant to the Joint Stipulation for Voluntary Dismissal, which is hereby **GRANTED**, and Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Court hereby **DISMISSES** the above-styled case **WITH PREJUDICE**. This judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this ___ day of February, 2000.

            JAIME PIERAS, JR.
            U. S. SENIOR DISTRICT JUDGE

AO 72A
(Rev 8/82)